JS-6

ZUNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiaobin Ran,<br>Plaintiff,<br>v.<br>Marco Rubio et al,<br>Defendants. | Case No. **2:26-cv-03883-SVW-SSC**<br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br>(PURSUANT TO LOCAL RULE 41) |

On August 17, 2026 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by August 17, 2026 No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: October 8, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE